IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-895-JLH |
| | ) |
| DR. JOSE CAPIRO, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

WHEREAS, on June 6, 2024, this Court granted summary judgment to Defendant (D.I. 58, 59, 60);

WHEREAS, on June 24, 2024, Plaintiff filed a document styled, "Matthew Jones' Motion for Relief from a Judgment or Order" (D.I. 61);

WHEREAS, the Court has reviewed the motion and concludes that it is frivolous;

NOW, THEREFORE, IT IS HEREBY ORDERED that: Plaintiff's Motion is DENIED.

March 5, 2025

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE